NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000419
02-AUG-2013
08:38 AM

NO. CAAP-13-0000419

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the matter of Attorney's Fees
Pertaining to CHARLES H.Y. DANG,
in the case of
CONSTANCE JACOBS, Claimant-Appellant v.
EPISCIENCES, INC., Employer, and GALLAGHER
BASSETT SERVICES, INC., Insurance Carrier

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB NO. AB 2012-130; DCD NO. 2-07-09361)

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 22, 2013, Claimant-Appellant Constance Jacobs (Appellant), pro se, filed a notice of appeal;

(2) On June 4, 2013, the court denied Appellant's motion for leave to proceed on appeal in forma pauperis;

(3) Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(c) provides that "If the motion to proceed in forma pauperis is denied the movant shall, within 10 days after the denial of such a motion, pay all unpaid filing fees and shall give security for costs." The rule further states that failure to pay the unpaid filing fees or to give security for costs may result in dismissal of the appeal;

(4) Appellant did not pay the filing fees or give security for costs within ten days after the court denied her motion for leave to proceed on appeal in forma pauperis;

(5) On July 2, 2013, the appellate clerk informed Appellant that this court would be notified by July 12, 2013, of Appellant's failure to pay the requisite fees and the failure of

the record on appeal to have been docketed; and

(6) Appellant has filed no response to the clerk's notice.

Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, August 2, 2013.

Presiding Judge

Associate Judge

Associate Judge

2